FILED

02/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0491

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 21-0491

**LILY M. SMITH** and **VERNON T. LINDEMULDER,**

      Petitioners and Appellees,

**v.**

**SAMUEL B. LINDEMULDER,** individually
and as Trustee of the Alice M. Lindemulder Trust,

      Respondent and Appellant
and

**DANIEL G. LINDEMULDER,** individually
and as Trustee of the Alice M. Lindemulder Trust,

      Respondent and Appellee.

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

Upon motion of the Petitioners/Appellees through counsel, Respondent/Appellant having no objection thereto, and pursuant to Rule 26(1), Mont. R. App. P.:

IT IS HEREBY ORDERED that Petitioners/Appellees are granted an

additional 30-day extension until March 14, 2022, in which to file their response to

Appellant's Opening Brief dated January 12, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 9 2022